IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATASHA CARRIZALES, individually and on behalf of NINA CARRIZALES, a minor, as her guardian and next friend, | ) ) ) ) | 8:14CV3105 |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

Pursuant to the court's Memorandum and Order filed this date,

FINAL JUDGMENT IS ENTERED providing that this action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED this 10th day of September, 2014.

BY THE COURT:

*s/ Richard G. Kopf*
Senior United States District Judge